The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DAJUAN SMITH,<br><br>　　　　　　　　Defendant. | NO. CR16-00279TSZ<br><br>ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW AND APPOINMENT OF NEW COUNSEL |

THIS MATTER comes before the Court on the motion of defense counsel to withdraw as counsel of record for Dajuan Smith in the above-referenced cause number.

The Court finds that good cause exists for the withdrawal of Michele Shaw and appointment of new counsel in this case.

IT IS HEREBY ORDERED that the above-referenced motion, docket no. 86, is GRANTED, and Michele Shaw is granted leave to withdraw as counsel for defendant Dajuan Smith;

ORDER GRANTING
DEFENSE COUNSEL'S MOTION
TO WITHDRAW AND APPOINTMENT
OF NEW COUNSEL- 1

**MICHELE SHAW, P.S.**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com

1    IT IS FURTHERED ORDERED that the CJA Administrator shall appoint new counsel to represent Mr. Smith; and

IT IS FURTHERED ORDERED that the hearing scheduled for January 21, 2021, at 10:00 a.m., is STRICKEN, and new defense counsel and counsel for the Government shall meet and confer and file, within seven (7) days after new defense counsel appears in this matter, a Joint Status Report indicating when the above-referenced hearing should be reset.

DONE this 18th day of January, 2021.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented by:

*s/ Michele Shaw*
Michele Shaw, WSBA #19561
Law Office of Michele Shaw
2125 Western Ave, #330
Seattle, WA 98121
Telephone (206) 448-9612
Fax (206) 319-5473
Email: michele@micheleshawlaw.com

ORDER GRANTING
DEFENSE COUNSEL'S MOTION
TO WITHDRAW AND APPOINTMENT
OF NEW COUNSEL- 2

**MICHELE SHAW, P.S.**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com