The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | NO. 16-cr-279-TSZ |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER GRANTING MOTION TO SEAL DOCUMENT |
| Dajuan Smith, | ) ) | |
| Defendant. | ) ) ) | |

Having read the Defendant's Motion to Seal and because of the sensitive information contained in the Declaration of Christopher Carney in Support of Motion to Continue Trial,

It is hereby ORDERED that Exhibit A to Defendant's Disposition Memorandum shall remain sealed.

//

//

//

ORDER GRANTING MOTION TO
SEAL DOCUMENT
U.S. v. Smith, 16-cr-279-TSZ
Page 1 of 2

CARNEY GILLESPIE
600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com

DATED this __12th__ day of __June_____, 2025.

*Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

Respectfully submitted,

CARNEY GILLESPIE ISITT PLLP

/S/Christopher Carney
Christopher Carney, WSBA No. 30325
Attorney for Defendant Dajuan Smith
600 1st Ave
Seattle, Washington 98104
(206) 445-0212
Christopher.Carney@carneygillespie.com